**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TERRY DEWAYNE LEE,          )    No. SACV 10-1678 R (CW)
                         )
           Petitioner,   )    JUDGMENT
                         )
       v.               )
                         )
A. HEDGPETH (Warden),     )
                         )
           Respondent.   )
_____)

    **IT IS ADJUDGED** that the Petition is dismissed, without prejudice, as wholly unexhausted.

DATED: _March 21, 2011__

_____
     MANUEL L. REAL
United States District Judge